LYNTEQ, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 90–04–00175

(Dated November 17, 1992)

## JUDGMENT

TSOUCALAS, *Judge:* In accordance with the mandate of November 4, 1992, of the United States Court of Appeals for the Federal Circuit, it is hereby

ORDERED that judgment be, and hereby is, entered for defendant the United States affirming the classification of the imported merchandise under item 3203.00.50, HTUS, and the assessment of duties thereunder at 3.1% *ad valorem;* and it is further

ORDERED that this action is hereby dismissed.